*1 Robbins.* Catholic Benevolent Legion *v.* Murphy.

*Mr. John T. Bird* and *Mr. A. Gordon Murray* (of the New York bar), for the respondent.

PER CURIAM.

The decree appealed from is affirmed, for the reasons stated in the opinion of Vice-Chancellor Reed, filed in the court of chancery, reported in *64 N. J. Eq. (19 Dick.) 147.*

*For affirmance*—THE CHIEF-JUSTICE, DIXON, GARRISON, FORT, HENDRICKSON, PITNEY, SWAYZE, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY—12.

*For reversal*—None.

---

THE SUPREME COUNCIL, CATHOLIC BENEVOLENT LEGION

*v.*

KATE MURPHY et al.

[Argued March 7th, 1904.   Decided June 20th, 1904.]

On appeal of Mary J. Bauer from a decree advised by Vice-Chancellor Pitney, whose opinion is reported in *65 N. J. Eq. (20 Dick.) 60.*

*Mr. Louis G. Morten,* for the appellant.

*Messrs. Vredenburgh, Wall & Van Winkle,* for the respondent Mrs. Murphy.

PER CURIAM.

The decree in the above cause is affirmed, for the reasons given in the court of chancery.

Manning *v.* Lindsey.        *67 Eq.*

*For affirmance*—DIXON, GARRISON, FORT, HENDRICKSON, PITNEY, SWAYZE, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY—11.

*For reversal*—None.

---

JOHN P. MANNING, administrator, &c., appellant,

*v.*

WALTER P. LINDSEY, executor, &c., respondent.

[Argued March 15th, 1904.   Decided September 30th, 1904.]

On appeal from a decree sustaining demurrer to bill of complaint advised by Vice-Chancellor Emery, whose opinion is reported in *65 N. J. Eq. (20 Dick.) 106.*

*Mr. Joseph D. Gallagher,* for the appellant.

*Mr. Malcolm MacLear,* for the respondent.

PER CURIAM.

The decree appealed from is affirmed, for the reasons stated by Vice-Chancellor Emery in his opinion in the court below.

*For affirmance*—DIXON, GARRISON, FORT, SWAYZE, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY—9.

*For reversal*—None.